UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN DAMION CRICHLOW,<br><br>                        Plaintiff,<br><br>    -against-<br><br>NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION; WARDEN, AUBURN CORRECTIONAL FACILITY,<br><br>                        Defendants. | 20-CV-8788 (CM)<br><br>CIVIL JUDGMENT |

       Pursuant to the order issued November 2, 2020, dismissing the complaint,

       IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff continues to be barred from filing any civil action under the *in forma pauperis* statute while a prisoner unless Plaintiff is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

       IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 2, 2020
            New York, New York

                                                        Louis L. Stanton
                                                           U.S.D.J.